IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS HOLLIS                                                                                    PLAINTIFF
ADC #114535

v.                                    5:19-cv-00265-JM-JJV

ARKANSAS BOARD OF CORRECTION; *et al.*                                         DEFENDANTS

## ORDER

Before the Court is a Partial Recommended Disposition filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 24) and Plaintiff Nicholas Hollis's objections. After conducting a *de novo* review, this Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects. Therefore, Plaintiff's Motions for Temporary Restraining Order or Injunction (Doc. Nos. 17 & 23) are denied.

So ordered this 16th day of December 2019.

_____
James M. Moody, Jr.
United States District Judge