IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS HOLLIS,     PLAINTIFF
ADC #114535

v.     5:19-cv-00265-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al*.     DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motions for Summary Judgment (Doc. Nos. 47, 77) are GRANTED, and Plaintiff's claims against all remaining Defendants are DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's Motion to Preserve Video Evidence (Doc. No. 100) is MOOT.

3. Plaintiff's Motion to Recuse (Doc. No. 101) is DENIED.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE