# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

NICHOLAS HOLLIS
ADC #114535                                                                                   PLAINTIFF

v.                                    5:19-cv-00265-JM-JJV

ARKANSAS BOARD OF CORRECTION, *et al.*                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 18th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE